EXHIBIT A

## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARLENE GILLES-REVEIL, | ): |
| | ): Case No. 2:16-cv-122 (BMS) |
| Plaintiff, | ) |
| | ): |
| vs. | ): |
| | ): |
| SBM MANAGEMENT SERVICES | ): |
| | ): |
| Defendant. | ): |
| | ): |
| | ): |

### STIPULATION OF CONSENT TO ARBITRATION

Plaintiff Marlene Gilles-Reveil, and Defendant SBM Site Services LLC (named as "SBM Management Services"), through their undersigned counsel, hereby STIPULATE AND AGREE:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff shall voluntarily dismiss this action, without prejudice to arbitration before the American Arbitration Association.

2. Following dismissal, Plaintiff will commence binding arbitration before the American Arbitration Association's Philadelphia office, raising substantively the same allegations as the Complaint in this action.

3. Defendant hereby consents to proceed before the American Arbitration Association's Philadelphia office, in connection with this action.

4. The arbitration will apply the relevant procedural rules of the American Arbitration Association.

5. The parties further agree that, for statute of limitations purposes, the filing date of the Complaint in this action will be treated as the filing date of the arbitration.

EXHIBIT A

Date:   February 22, 2016

| By: /s/ *Christine E. Burke* | By: /s/ *Jacob Oslick* |
|---|---|
| Christine E. Burke<br>Karpf, Karpf & Cerutti<br>3331 Street Road<br>Two Greenwood Sq., Suite 128<br>Bensalem, Pa. 19020<br>Tel: (215) 639-4970<br>Email: akarpf@karpf-law.com<br>*Attorneys for Plaintiff* | Jacob Oslick<br>Seyfarth Shaw LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>Tel: (212) 218-6480<br>Email: joslick@seyfarth.com<br>*Attorneys for Defendant* |

APPROVED:

[signature]

Date: 2-22-16

J.